## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | | |
|---|---|---|
| WARREN EVANS, | : | No. 50 EM 2019 |
| Petitioner | : | |
| v. | : | |
| MARK GARMAN, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2019, the Application for Leave to File Original Process is GRANTED, and the" Writ of Habeas Corpus" is DENIED.